IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01628-MSK-MEH

FRED RAYNEL LUCERO,

    Applicant,

v.

KEVIN MILYARD, Warden, and
COLORADO ATTORNEY GENERAL,

    Respondents.

---

## ORDER

---

This matter is before the Court *sua sponte*.

It is hereby ORDERED that on or before March 1, 2010, the Clerk of the Court, Mesa County District Court, Colorado, shall provide to this Court the original written record of case no. 95 CR 258, *People v. Lucero*, including all hearing and trial transcripts.

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court, Mesa County District Court by regular mail to Clerk of the Court, Mesa County Justice Center, 125 N. Spruce, Grand Junction, Colorado, 81505.

Dated this 26th day of January, 2010, in Denver, Colorado.

                    BY THE COURT:

                    *Michael E. Hegarty*

                    Michael E. Hegarty
                    United States Magistrate Judge